MARSHA JONES MOUTRIE
City Attorney
ANTHONY P. SERRITELLA - Bar No. 72597
Deputy City Attorney
1685 Main Street, Third Floor
Santa Monica, California 90401
Telephone: (310) 458-8361
Facsimile:  (310) 451-5862
anthony.serritella@smgov.net

Attorneys for Defendant,
Santa Monica Police Sgt.
ROBERT ALMADA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, et al.,<br><br>Plaintiffs<br><br>v.<br><br>MARILYN NELSON, et al.,<br><br>Defendants. | CASE NO.: CV 06-1626 AHM (CTx)<br><br>**JUDGMENT FOR DEFENDANT ROBERT ALMADA** |

On January 21, 2009, the Court filed Civil Minutes – General granting the motion for summary judgment filed by the remaining defendant, ROBERT ALMADA.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs, ANTHONY W. SMITH and TERESA SMITH take nothing by reason of their complaint herein; that judgment enter in favor of the defendant, ROBERT ALMADA; and that said defendant be awarded his costs in the amount of $_____.

Dated: February 04, 2009      _____

A. HOWARD MATZ
United States District Judge

1
**JUDGMENT FOR DEFENDANT**